UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:12-00147 |
| ) | JUDGE SHARP |
| EMAD MOHAMED AHMAD ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Re-Set Plea Date (Docket No. 20).

The motion is GRANTED and the plea hearing set for Monday, December 10, 2012 is hereby rescheduled for Tuesday, December 18, 2012 at 1:30 p.m

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE